United States Bankruptcy Court
District of Massachusetts

In re: Portnoy, Eric H.

Debtor

Chapter 13
Case No: 14-40792-MSH

# OBJECTION TO ALLOWANCE OF CLAIM

    Pursuant to 11 U.S.C. §502(b), Rule 3001 of the Federal Rules of Bankruptcy Procedure ("FRBP"), Massachusetts Local Rule 3007-1 and 13-13(e) as amended, the debtor makes the following objection to claim filed in this case:

1. Weinstein & Riley, PS filed a proof of claim, as agent on behalf of Cerastes, LLC ("Cerastes") in the above stated case on May 29, 2014, in the amount of $781.67, as a general non-priority unsecured claim.

2. The original creditor on the account was HSBC.

3. As indicated by Cerastes's proof of claim, docketed as claim number 5 on May 29, 2014, Cerastes does not evidence any assignment of the underlying debt from HSBC to Ophrys, and then to Cerastes.

4. As pursuant to FRBP 3001(c)(3)(B) the creditor has not provided the debtor with a copy of a writing evidencing the assignment of the underlying debt from HSBC to Ophry's, and ultimately to Cerastes.

5. The proof of claim filed in this particular case contains no evidence or affidavit of assignment and therefore Cerastes lacks standing to have such claim deemed valid or allowed.

6. The debtor therefore objects to the amount of the claim of $781.67 due to lack of standing to prosecute such claim.

**Wherefore, Petitioner prays as follows:**

This Honorable Court disallow and expunge the claim, known as claim number 5 filed on behalf of Cerastes.

September 5, 2014

Respectfully submitted
Eric H. Portnoy
 by his Attorney,

/s/ *Paul D. McCarthy*
_____
Paul D. McCarthy
MAC Law Group, LLC
65A Flagship Drive
North Andover, MA  01845
Attorney for Debtor
(978) 975-4190 telephone
(866) 843-6431 facsimile
lawoffice@maclawgroupllc.com
BBO#642961

## **CERTIFICATE OF SERVICE**

I, Paul D. McCarthy, hereby certify that I have served on behalf of the Debtor, this 5th day of September, 2014, this *Objection to Claim,* notice being provided to the following interested parties in the manner described:

*via electronic filing*
Attorney Richard King
Office of the U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

Attorney Denise Pappalardo
Chapter 13 Trustee
11 Pleasant Street
Worcester, MA 01609

Attorney Christopher R. Donato
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

*via first class mail*
Aspire
PO Box 10555
Atlanta, GA  30310-0555

Chelsea Employees FCU
500 Broadway
Chelsea, MA  02150-2948

Credit One Bank, N.A.
PO Box 98875
Las Vegas, NV  89193-8875

Direct Merchants Credit
PO Box 10497
Greenville, SC  29603-0497

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD  57104-4824

HSBC Bank
PO Box 5253
Carol Stream, IL  60197-5253

Internal Revenue Service
PO Box 21125
Philadelphia, PA  19114-0325

MB Financial SVCS
36455 Corporate Dr
Farmington Hills, MI  48331-3552

Ocwen Loan Servicing LLC
12650 Ingenuity Dr
Orlando, FL  32826-2703

Specialized Loan Servicing, LLC
PO Box 105219
Atlanta, GA  30348-5219

Target National Bank
8875 Aero Dr Ste 200
San Diego, CA  92123-2255

TD Bank Checking
575 Underhill Blvd Ste 2
Syosset, NY  11791-3426

THD/CBNA
PO Box 6497
Sioux Falls, SD  57117-6497

        Signed under pains and penalties of perjury,

Dated: September 5, 2014     /s/ *Paul D. McCarthy*
     Paul D. McCarthy,
     MAC Law Group, LLC
     Attorney for Debtor
     65A Flagship Drive
     North Andover, MA. 01845
     (978) 975-4190 telephone
     (866) 843-6431 facsimile
     lawoffice@maclawgroupllc.com
     BBO#642961

Case 14-40792    Doc 36    Filed 09/05/14    Entered 09/05/14 10:06:01    Desc Main
              Document      Page 5 of 5